# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUKUCH MKRTCHYAN (6),<br><br>Defendant. | Case No. 20cr314-MMA-6<br><br>**ORDER OF CRIMINAL FORFEITURE** |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in property of Defendant MUKUCH MKRTCHYAN (6) ("Defendant"), pursuant to, *inter alia*, Title 18, United States Code, Section 982(a)(2)(B), as charged in the Indictment; and

WHEREAS, on or about October 20, 2020, Defendant pleaded guilty before U.S. Magistrate Judge Barbara Lynn Major to Count 2 of the Indictment, which plea included consent to the forfeiture allegations of the Indictment, and an agreement to forfeit to the United States the amount of $28,077.11 as proceeds Defendant received from the offense, which forfeiture shall be included and incorporated as part of the judgment in this case; and

WHEREAS, on November 17, 2020 this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that $28,077.11 (U.S. dollars) represents the monies subject to forfeiture to the United States as proceeds Defendant received from illegal conduct in violation of 18 U.S.C. § 1029(b)(2), Conspiracy to Possess Fifteen or More Unauthorized Access Devices, as charged in the Indictment; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to an Order of Forfeiture in its favor against the Defendant for the proceeds received by the Defendant in the amount of $28,077.11, pursuant to 18 U.S.C. § 982(a)(2)(B) and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $28,077.11 forfeiture and the offense; and

WHEREAS, the Defendant has agreed that the provisions for the substitution of assets as provided in 21 U.S.C. § 853(p) exist and has agreed the United States may take actions to collect the forfeiture; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received;

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. Defendant MUKUCH MKRTCHYAN (6) shall forfeit to the United States the sum of $28,077.11 pursuant to 18 U.S.C. § 982(a)(2)(B) in the form of a personal money judgment for the proceeds Defendant received from his offense of conviction, which forfeiture is in favor of the United States against Defendant MUKUCH MKRTCHYAN (6), with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

//

2.      Defendant shall receive credit against the $28,077.11 money judgment for any amount of forfeiture paid by his co-defendants in this criminal case, except that any defendant required to pay forfeiture in excess of Defendant's judgment must first pay the amount of the excess before their payments will credit against Defendant's judgment; and

3.      This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture and collecting and enforcing the forfeiture; and

4.      Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

5.      Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

6.      The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $28,077.11 to satisfy the forfeiture in whole or in part; and

7.      The United States may take any and all actions available to it to collect and enforce the forfeiture.

**IT IS SO ORDERED**.

DATE: December 2, 2020

HON. MICHAEL M. ANELLO
United States District Judge